```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

J.D. ECKMAN, INC.              :       CIVIL ACTION
                               :
     v.                        :
                               :
STARR INDEMNITY & LIABILITY    :
COMPANY                        :       NO. 23-1361
```

ORDER

AND NOW, this 31st day of August 2023, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant Starr Indemnity & Liability Company to dismiss the complaint of plaintiff J.D. Eckman, Inc. (Doc. #7) is GRANTED.

                                    BY THE COURT:

                                    /s/ Harvey Bartle III
                                    _____
                                                            J.